# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-935-366**

Effective date of registration:

November 17, 2014

---

## Title
- **Title of Work:** 1956 Chevy Photo Gallery

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** February 4, 2012
- **Nation of 1st Publication:** United States

## Author
- **Author:** Jonathan Don Glover
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1979

## Copyright claimant
- **Copyright Claimant:** KINDIG-IT DESIGN, INC.
  164 E HILL AVENUE, SALT LAKE CITY, UT, 84107
- **Transfer Statement:** By written agreement

## Rights and Permissions
- **Name:** Frank W. Compagni
- **Email:** marks@utahpatents.com
- **Telephone:** 801-478-0071
- **Address:** Morriss O'Bryant Compagni, PC
  734 East 200 South
  Salt Lake City, UT 84102

## Certification
- **Name:** Frank W. Compagni
- **Date:** November 17, 2014

**Applicant's Tracking Number:** 5565.KIND.CR

Page 1 of 2

