# Exhibit H



# WHOIS

English  Español

silenthand.co

- ◉ Domain (example: cointernet.com.co)
- ○ Registrar (example: Registrar XYZ) Read more about Registrar queries.
- ○ Nameserver (ex: ns1.Neustar.co or 209.173.53.74)
- ○ Registrant ID (ex: Neustar1)

[Submit Query]

| | |
|---|---|
| **Domain Name** | SILENTHAND.CO |
| **Domain ID** | D27657431-CO |
| **Sponsoring Registrar** | GODADDY.COM, INC. |
| **Sponsoring Registrar IANA ID** | 146 |
| **Registrar URL (registration services)** | www.godaddy.com |
| **Domain Status** | clientDeleteProhibited |
| **Domain Status** | clientRenewProhibited |
| **Domain Status** | clientTransferProhibited |
| **Domain Status** | clientUpdateProhibited |
| **Variant** | SILENTHAND.CO |
| **Registrant ID** | CR106124551 |
| **Registrant Name** | Thomas Stowers |
| **Registrant Organization** | Creative Controls Inc. |
| **Registrant Address1** | 32217 Stephenson Highway |
| **Registrant City** | Madison Heights |
| **Registrant State/Province** | Michigan |
| **Registrant Postal Code** | 48071 |
| **Registrant Country** | United States |
| **Registrant Country Code** | US |
| **Registrant Phone Number** | +1.2485779800 |
| **Registrant Email** | jharden@creativecontrolsinc.com |
| **Administrative Contact ID** | CR106124553 |
| **Administrative Contact Name** | Thomas Stowers |
| **Administrative Contact Organization** | Creative Controls Inc. |
| **Administrative Contact Address1** | 32217 Stephenson Highway |
| **Administrative Contact City** | Madison Heights |
| **Administrative Contact State/Province** | Michigan |
| **Administrative Contact Postal Code** | 48071 |
| **Administrative Contact Country** | United States |
| **Administrative Contact Country Code** | US |

| | |
|---|---|
| **Administrative Contact Phone Number** | +1.2485779800 |
| **Administrative Contact Email** | jharden@creativecontrolsinc.com |
| **Billing Contact ID** | CR106124554 |
| **Billing Contact Name** | Thomas Stowers |
| **Billing Contact Organization** | Creative Controls Inc. |
| **Billing Contact Address1** | 32217 Stephenson Highway |
| **Billing Contact City** | Madison Heights |
| **Billing Contact State/Province** | Michigan |
| **Billing Contact Postal Code** | 48071 |
| **Billing Contact Country** | United States |
| **Billing Contact Country Code** | US |
| **Billing Contact Phone Number** | +1.2485779800 |
| **Billing Contact Email** | jharden@creativecontrolsinc.com |
| **Technical Contact ID** | CR106124552 |
| **Technical Contact Name** | Thomas Stowers |
| **Technical Contact Organization** | Creative Controls Inc. |
| **Technical Contact Address1** | 32217 Stephenson Highway |
| **Technical Contact City** | Madison Heights |
| **Technical Contact State/Province** | Michigan |
| **Technical Contact Postal Code** | 48071 |
| **Technical Contact Country** | United States |
| **Technical Contact Country Code** | US |
| **Technical Contact Phone Number** | +1.2485779800 |
| **Technical Contact Email** | jharden@creativecontrolsinc.com |
| **Name Server** | NS29.DOMAINCONTROL.COM |
| **Name Server** | NS30.DOMAINCONTROL.COM |
| **Created by Registrar** | GODADDY.COM, INC. |
| **Last Updated by Registrar** | GODADDY.COM, INC. |
| **Domain Registration Date** | Mon Feb 20 17:53:11 GMT 2012 |
| **Domain Expiration Date** | Thu Feb 19 23:59:59 GMT 2015 |
| **Domain Last Updated Date** | Wed Feb 19 12:36:35 GMT 2014 |
| **DNSSEC** | false |

>>> Whois database was last updated on:Tue Nov 25 19:46:50 GMT 2014 <<<<

Not sure what to do? Read WHOIS.CO FAQS.

Click here to convert IDNs from Unicode to ACE (Punycode) format and back.

.CO Internet, S.A.S., the Administrator for .CO, has collected this information for the WHOIS database through Accredited Registrars. This information is provided to you for informational purposes only and is designed to assist persons in determining contents of a domain name registration record in the .CO Internet registry database. .CO Internet makes this information available to you "as is" and does not guarantee its accuracy.

By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data: (1) to allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; (2) in contravention of any applicable data and privacy protection laws; or (3) to enable high volume, automated, electronic processes that apply to the registry (or its systems). Compilation, repackaging, dissemination, or other use of the WHOIS database in its entirety, or of a substantial portion thereof, is not allowed without .CO Internet's prior written permission. .CO Internet reserves the right to modify or change these conditions at any time without prior or subsequent notification of any kind. By executing this query, in any manner whatsoever, you agree to abide by these terms. In some limited cases, domains that might appear as available in whois might not actually be available as they could be already registered and the whois not yet updated and/or they could be part of the Restricted list. In this cases, performing a check through your Registrar's (EPP check) will give you the actual status of the domain. Additionally, domains currently or previously used as extensions in 3rd level domains will not be

available for registration in the 2nd level. For example, org.co,mil.co,edu.co,com.co,net.co,nom.co,arts.co, firm.co,info.co,int.co,web.co,rec.co,co.co.

NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF A DOMAIN NAME.

All domain names are subject to certain additional domain name registration rules. For details, please visit our site at www.cointernet.co .

.CO Internet, S.A.S., el administrador de los Dominios .CO, a recibido esta información para la base de datos WHOIs a través de los Registradores Acreditados. Esta información es solamente una guía proporcionada para determinar el contenido de los registros de un nombre de dominio en la base de datos del Registro de .CO Internet. Esta información es presentada de acuerdo a la información disponible y no se garantiza su precisión.

Al presentar una consulta en el WHOIS, usted se compromete a usar esta información solo para fines legales y que además, bajo ninguna circunstancia usted usara esta información para: (1) permitir, habilitar o de alguna manera ayudar en la transmisión de publicidad masiva, comercial y/o no-solicitada via email, correo o telefónicamente; (2) en violación de cualquier ley que aplique para protección de datos y privacidad; o (3) para permitir procesos electrónicos automatizados y/o de alto volumen que usen el Registro o sus sistemas. La recopilación, apropiación diseminación o cualquier otro uso de la base de datos del WHOIS en su totalidad o cualquier parte substancial de esta, no es permitida sin la autorización expresa y escrita por parte de .CO Internet. .CO Internet se reserva el derecho de modificar o cambiar estas condiciones en cualquier momento y sin notificación alguna. Al ejecutar esta consulta de cualquier forma, usted consiente acatar estos términos.

NOTA: EL NO ENCONTRAR UN DOMINIO EN LA BASE DE DATOS DEL WHOIS NO SIGNIFICA QUE EL DOMINIO ESTE DISPONIBLE.

En circunstancias limitadas, dominios que aparezcan disponible en el whois.co podrán no estar disponibles ya que estos pueden haber sido asignados previamente y no hayan sido reflejados en la base de datos del whois y/o pueden no estar disponibles para ser registrados por ser parte de una lista restringida. En estos casos, el realizar una revisión desde su Registrador (EPP Check) le dará el estado actual del dominio. Además, dominios usados como extensiones en registros del tercer nivel actualmente o anteriormente no estarán disponibles para ser registrados en el segundo nivel. Por ejemplo: org.co,mil.co,edu.co,com.co,net.co,nom.co,arts.co,firm.co,info.co,int.co,web.co,rec.co,co.co. Todos los dominios están sujetos a reglas adicionales de registro y de procesamiento. Para más detalles por favor diríjase a nuestro sitio www.cointernet.com.co

© .CO Internet S.A.S. All Rights Reserved. Terms of Use. Agreements Restrictions and Dispute Policies.